IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DARIUS PENN,

            Defendant.

24-CR-6065CJS

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 922(g)(1)

(1 Count and 1 Forfeiture Allegation)

## COUNT 1

**(Felon in Possession of a Firearm)**

**The United States Attorney Charges That:**

On or about August 4, 2023, in the Western District of New York, the defendant, **DARIUS PENN**, knowing that he had been previously been convicted on or about May 7, 2012, in County Court, Monroe County, New York, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, namely, one (1) Taurus model PT-99AF, 9mm caliber semi-automatic pistol with an obliterated serial number.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of Count 1 of this Information, the defendant, **DARIUS PENN**, shall forfeit to the United States, all of his right, title and interest in any firearm and ammunition involved or used in the commission of the offense, or found in the possession or under the

immediate control of the defendant at the time of arrest including, but not limited to the following seized by law enforcement:

    a.    one (1) Taurus, model PT-99AF, 9mm semi-automatic pistol with an obliterated serial number, and attached magazine; and

    b.    nine (9) rounds of 9mm ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, August 13, 2024.

                      TRINI E. ROSS
                      United States Attorney

BY:    _____
                      ROBERT A. MARANGOLA
                      Assistant United States Attorney
                      United States Attorney's Office
                      Western District of New York
                      100 State Street, Suite 500
                      Rochester, NY 14614
                      585/263-6760
                      Robert.marangola@usdoj.gov