****PLEASE NOTE THAT THE CONTENT OF THIS ORDER HAS CHANGED.  BE SURE TO READ THE ENTIRE ORDER TO BE IN COMPLIANCE.****

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DARIUS PENN,

                Defendant.

SENTENCE GUIDELINE ORDER

CASE NO. 24-CR-6065

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Robert Marangola |
| DEFENSE ATTORNEY | Anne Burger |
| INTERPRETER (YES or NO) | No |
| PLEA DATE | August 13, 2024 |
| SENTENCING DATE | December 10, 2024 at 10:00 a.m. |
| INITIAL PSR DUE | October 26, 2024<br>(45 DAYS PRIOR TO SENTENCING*) |

OBJECTIONS (IF ANY) DUE
**(IF THERE ARE NO OBJECTIONS,
COUNSEL ARE DIRECTED TO FILE
A STATEMENT INDICATING THIS)**

>                                     November 16, 2024
>                                     (24 DAYS PRIOR TO SENTENCING*)

RESPONSES TO OBJECTIONS
MOTIONS DUE

>                                     November 26, 2024
>                                     (14 DAYS PRIOR TO SENTENCING*)

5K1.1 APPLICATION, IF ANY, DUE

>                                     November 30, 2024
>                                     (10 DAYS PRIOR TO SENTENCING*)

LETTERS OR SIMILAR
SUBMISSIONS DUE

>                                     November 30, 2024
>                                     (10 DAYS PRIOR TO SENTENCING*)

FINAL PSR DUE

>                                     December 3, 2024
>                                     (7 DAYS PRIOR TO SENTENCING*)

*This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply. <u>ANY SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.</u>

## ****NOTE TO COUNSEL****

## MOTIONS FOR EXTENSIONS OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY THE EXPIRATION OF ANY DEADLINE.

*If extensions of time for the filing of statements are needed, such requests must be made on notice to the Court through a formal motion or a letter motion requesting such extension and demonstrating good cause. Untimely requests for extension of time will **not** be considered. **The Court will not consider late submissions or applications for extensions of time.***

*If any of the above dates fall on a holiday or day when the Court is closed, the due date is the next business day.*

      IT IS SO ORDERED.

Dated:  Rochester, New York
       August 13, 2024

                                ENTER:

                              CHARLES J. SIRAGUSA
                              United States District Judge

*REVISED 1/2023*